**Order filed, September 10, 2014.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00534-CR

—————————

**JACOY NIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 9th District Court
Montgomery County, Texas
Trial Court Cause No. 12-05-05609 CR**

---

## ORDER

The reporter's record in this case was due **August 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Casey Dixon and Rebecca Lewis**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM